**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHILIP GIUSTO, an individual, <br> d/b/a PJG & Associates, <br> <br> And <br> <br> THE GIUSTO–PAPE PARTNERSHIP, <br> a general partnership, <br> <br>     Plaintiffs, <br> <br> v. <br> <br> DALE PAPE, an individual, <br> <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 4:15-cv-0842 <br> <br> Judge Jean C. Hamilton <br> <br> **JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COME NOW Plaintiffs, PHILIP GIUSTO and THE GIUSTO–PAPE PARTNERSHIP,

by and through their undersigned attorneys, and pursuant to Rule 15(a) Fed. R. Civ. P. hereby

respectfully move this honorable Court for leave to file their First Amended Complaint and its

Exhibits A-N (collectively submitted herewith and attached hereto as Exhibit 1).  The First

Amended Complaint adds Ms. Diane Dulak as a newly named Defendant.

Respectfully Submitted,

By: /s/Douglas D. Churovich
    Douglas D. Churovich
    Polster, Lieder, Woodruff & Lucchesi, L.C.
    12412 Powerscourt Drive, Suite 200
    St. Louis, Missouri 63131-3615
    (314) 238-2400
    (314) 238-2401 (Telefax)
    E-mail: dchurovich@PolsterLieder.com
    ATTORNEYS FOR PLAINTIFFS

Attachments:
 Exhibits A-N